No. 89–6006. PILKEY v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 89–6083. DAVIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 89–6146. BLACKMON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 89–6165. LUCAS v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–6176. CURL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied. 

No. 89–6178. GROGG v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 89–6189. BLIGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 89–6279. ALVAREZ MORENO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 89–6285. CHAMBERS v. OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 89–6290. XETHAKIS v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–6293. FERREL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 89–6305. WATSON v. OHIO. Ct. App. Ohio, Noble County. Certiorari denied.

No. 89–6316. BUCK v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 89–6425. FLANAGAN v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.